UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**DORF & NELSON LLP**
**555 Theodore Fremd Ave**
**Rye, New York 10580**
**(914) 381-7600**
**Attorneys for Defendant**
**Maesa LLC**
**Jonathan B. Nelson (JN 8705)**

------------------------------------------------------

Daniel Gomez Castrillon

        Plaintiff,

v.

Maesa LLC

        Defendant.

Maesa LLC

        Counter Plaintiff,

v.

The Family Collective, LLC

        Counter Defendant.

------------------------------------------------------

Case No.: 23-cv-01368-MKV

## **RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant and Counter Plaintiff, Maesa LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    NONE

Dated:    Rye, New York
            July 12, 2023

                                      DORF & NELSON LLP

                        By:   _____
                                      Jonathan B. Nelson, Esq. (JN 8705)
                                      *Attorneys for Defendant Maesa LLC*
                                      555 Theodore Fremd Ave.
                                      Rye, New York 10580
                                      (914) 381-7600