UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GOMEZ CASTRILLON, <br><br>                    Plaintiff(s), <br><br>    v. <br><br> MAESA LLC, <br><br>                    Defendant(s). | 23-CV-1368 (DEH) <br><br> **NOTICE OF REASSIGNMENT & ORDER** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

    Additionally, by **November 6, 2023**, the parties are hereby ORDERED to file on ECF a joint letter providing the Court with updates on the status of ongoing settlement discussions, without disclosing exact offers and demands.  If settlement discussions (as described in ECF No. 48) are unsuccessful, Plaintiff is directed to file any reply brief to Defendants' Opposition on or before **November 20, 2023**.

    If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19, *available at* http://nysd.uscourts.gov/ecf_filing.php.  Requests for extensions or adjournment may be made only by letter-motion filed on ECF, and must be received at least two business days before the deadline or scheduled appearance, absent compelling circumstances.  The written

submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

    SO ORDERED.

Dated: October 23, 2023
       New York, New York

                                            DALE E. HO
                                   United States District Judge